UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ASSOCIATED PROFESSIONAL EDUCATORS OF LOUISIANA | CIVIL ACTION NO. 1:22-CV-05720 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| E D U 20/20 L L C, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 17] previously filed herein, having thoroughly reviewed the record, noting the lack objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 8] filed by Defendants EDU20/20, LLC, Courtney Dumas, and Miranda Britt is **DENIED**.

**MONROE, LOUISIANA**, this the 26th day of September 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE